UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JULIE HAIRSTON,

      Plaintiff,      Case No. 09-15016
                Hon. Anna Diggs Taylor
v.                Magistrate Judge Donald A. Scheer

FEDERAL BUREAU OF INVESTIGATION,
      Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION TO DISMISS AND RESCINDING PLAINTIFF'S IN FORMA PAUPERIS STATUS
(This Order Resolves Docket Entries: 7, 10, 11-13, 18, 21, 23, 26, 37, 46-48 & 50)

  This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation of June 8, 2010, granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint with prejudice (D/E 10), denying all subsequent motions, and rescinding Plaintiff's in forma pauperis status.

  The Court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

  Therefore, the Court will accept the Magistrate's Report and Recommendation of June 8, 2010 as the findings and conclusions of this Court.

  Accordingly,

  IT IS HEREBY ORDERED that Magistrate Judge Donald A. Scheer's Report and Recommendation of June 8, 2010 is ACCEPTED and ADOPTED.


  IT IS SO ORDERED.


DATED: August 31, 2010        **s/Anna Diggs Taylor**
                  ANNA DIGGS TAYLOR
                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on August 31, 2010.

Julie Hairston
P O Box 36606
Grosse Pointe, MI 48236

                                                s/Johnetta M. Curry-Williams
                                                Case Manager